JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

Attorneys for Defendants
BAYER HEALTHCARE LLC and BAYER
HEALTHCARE PHARMACEUTICALS INC.

JEREMY PASTERNAK (SBN 181618)
ANTHONY OCEGUERA (SBN 259117)
LAW OFFICES OF JEREMY PASTERNAK
445 Bush Street, Sixth Floor
San Francisco, CA 94108
Telephone: (415) 693-0300
Facsimile: (415) 693-0393

Attorneys for Plaintiff
WILLIAM MCKINNEY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MCKINNEY,<br><br>    Plaintiff,<br><br>vs.<br><br>BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC.; and DOES 1-20,<br><br>    Defendants. | Case No. CV 09 5561 CW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DATE BY WHICH TO COMPLETE ADR PROCESS** |

The parties, plaintiff William McKinney and defendants Bayer HealthCare LLC and Bayer HealthCare Pharmaceuticals Inc., through their respective counsel, hereby stipulate as follows:

1.      This Court originally ordered that an ADR session be completed in this matter by July 27; 2010;

- 1 -

**STIPULATION AND [PROPOSED] ORDER EXTENDING DATE BY WHICH TO COMPLETE ADR PROCESS (Case No. CV 09 5561 CW )**

2. The parties subsequently agreed to participate in a hybrid Early Neutral Evaluation (ENE)/mediation to be overseen by Sue Stott, Esq.;

3. Due to commitments of the parties, their counsel and Ms. Stott, an ENE session has been set for September 10, 2010; and

4. All parties, their representatives, counsel, and Ms. Stott are available on such date and no prior date was available despite the significant efforts of those involved.

WHEREFORE, the parties collectively request that the Court issue an Order extending the date by which to hold an ADR process to and including September 10, 2010.

Dated: July 23, 2010

LAW OFFICE OF JEROME SCHREIBSTEIN

By /s/
Jerome Schreibstein
Attorneys for Defendants BAYER HEALTHCARE LLC and BAYER HEALTHCARE PHARMACEUTICALS INC.

Dated: July 23, 2010

LAW OFFICES OF JEREMY PASTERNAK

By /s/
Jeremy Pasternak
Attorneys for Plaintiff
WILLIAM MCKINNEY

## ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE OTHERWISE APPEARING, THE COURT ORDERS THAT THE PARTIES MAY HAVE TO AND INCLUDING SEPTEMBER 10, 2010 BY WHICH TO COMPLETE THE ADR PROCESS IN THIS MATTER.

IT IS SO ORDERED

Dated: 7/27/2010

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE