JEREMY PASTERNAK, ESQ., BAR NO: 181618
ANTHONY OCEGUERA, ESQ., BAR NO: 259117
LAW OFFICES OF JEREMY PASTERNAK
A Professional Corporation
445 Bush St., Sixth Floor
San Francisco, CA 94108
Telephone: (415) 693-0300
Facsimile: (415) 693-0393

Attorneys for Plaintiff
WILLIAM MCKINNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MCKINNEY<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC.; AND DOES 1-20;<br>Defendants. | Case No. 4:09-cv-05561-CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EARLY NEUTRAL EVALUATION AND MEDIATION**<br><br>Date:   September 10, 2010 |

The parties to this matter were scheduled for Early Neutral Evaluation on September 10, 2010 and, during the session, agreed to proceed instead with an evaluative mediation. The parties have in fact mediated. The parties therefore agree that, because the Evaluator served as a mediator, she should be relieved from her obligation to prepare a formal evaluation.

THEREFORE, the parties respectfully request this Court to vacate its Order for ENE and issue an order nunc pro tunc for mediation.

IT IS SO STIPULATED

Dated: September 10, 2010

**LAW OFFICES OF JEREMY PASTERNAK**
**A Professional Corporation**

By: _____
JEREMY PASTERNAK
ANTHONY OCEGUERA
Attorneys for Plaintiff

WILLIAM MCKINNEY

Dated: September 10, 2010

**LAW OFFICES OF JEROME SCHREIBSTEIN**

By: _____
JEROME SCHREIBSTEIN
Attorneys for Defendants

IT IS SO ORDERED

Dated: September 14, 2010

_____
Hon. Claudia ~~Wilkens~~ Wilken