JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

Attorneys for Defendants
BAYER HEALTHCARE LLC and BAYER
HEALTHCARE PHARMACEUTICALS INC.

JEREMY PASTERNAK (SBN 181618)
ANTHONY OCEGUERA (SBN 259117)
LAW OFFICES OF JEREMY PASTERNAK
445 Bush Street, Sixth Floor
San Francisco, CA 94108
Telephone: (415) 693-0300
Facsimile: (415) 693-0393

Attorneys for Plaintiff
WILLIAM MCKINNEY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MCKINNEY, | Case No. CV 09 5561 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE OF PLAINTIFF'S SEVENTH CAUSE OF ACTION** |
| vs. | |
| BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC.; and DOES 1-20, | |
| Defendants. | |

The parties, plaintiff William McKinney ("plaintiff") and defendants Bayer HealthCare LLC (Bayer) and Bayer HealthCare Pharmaceuticals Inc. (collectively, "defendants"),[1] by and through their undersigned counsel, hereby stipulate as follows:

---

[1] Defendants' position is that Bayer HealthCare Pharmaceuticals Inc. is not a proper party to these proceedings as it never employed plaintiff, or had any involvement in the facts which allegedly gave rise to this action.

- 1 -

STIPULATION AND ORDER RE: DISMISSAL OF PLAINTIFF'S SEVENTH CAUSE OF ACTION
(Case No. CV 09 5561 CW )

1. Plaintiff's seventh cause of action is pled as one for Intentional Infliction of Emotional Distress;

2. Bayer had previously propounded Request for Production Nos. 11, 14, 23, 24 and Special Interrogatories Nos. 17-20, which were aimed at adducing evidence relative to plaintiff's seventh cause of action;

3. Plaintiff has agreed that he shall seek to recover in this action only so-called "garden variety" emotional distress damages (*see Turner v. Imperial Stores*, 161 F.R.D. 89 (S.D. Cal. 1995)), dismiss, with prejudice, his seventh cause of action, and offer no expert witness testimony (including by treating physicians) that any medical/psychological/emotional condition of plaintiff's was caused by or exacerbated by defendants' conduct; and

4. Bayer shall, accordingly, withdraw Request for Production Nos. 11, 14, 23, 24, Special Interrogatories Nos. 17-20, and Request for Productions Nos. 11, 14, 23, 24 in regards to its Amended Notice of Deposition of Plaintiff.

IT IS SO AGREED:

Dated: October 21, 2010

LAW OFFICE OF JEROME SCHREIBSTEIN

By _____/s/_____
Jerome Schreibstein
Attorneys for Defendants BAYER HEALTHCARE LLC and BAYER HEALTHCARE PHARMACEUTICALS INC.

Dated: October 21, 2010

LAW OFFICES OF JEREMY PASTERNAK

By _____/s/_____
Jeremy Pasternak
Anthony Oceguera
Attorneys for Plaintiff
WILLIAM MCKINNEY

STIPULATION AND ORDER RE: DISMISSAL OF PLAINTIFF'S SEVENTH CAUSE OF ACTION
(Case No. CV 09 5561 CW )

## ORDER

Based upon the above Stipulation of the parties and good cause otherwise appearing, this Court hereby dismiss, with prejudice, plaintiff's seventh cause of action for Intentional Infliction of Emotional Distress. The Court further orders that plaintiff shall be permitted to seek at trial only so-called "garden variety" emotional distress damages (*see Turner v. Imperial Stores*, 161 F.R.D. 89 (S.D. Cal. 1995)) and may offer no expert witness testimony (including by treating physicians) that any medical/psychological/emotional condition of plaintiff's was caused by or exacerbated by defendants' conduct. The Court further orders that defendants Bayer HealthCare LLC shall withdraw Request for Production Nos. 11, 14, 23, 24, Special Interrogatories Nos. 17-20, and Request for Productions Nos. 11, 14, 23, 24 in regards to its Amended Notice of Deposition of Plaintiff..

IT IS ORDERED.

Dated: October 25, 2010

By *[signature]*
Claudia Wilken
United Sates District Court Judge

**STIPULATION AND ORDER RE: DISMISSAL OF PLAINTIFF'S SEVENTH CAUSE OF ACTION**
**(Case No. CV 09 5561 CW )**