JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

Attorneys for Defendants
BAYER HEALTHCARE LLC and BAYER
HEALTHCARE PHARMACEUTICALS INC.

JEREMY PASTERNAK (SBN 181618)
ANTHONY OCEGUERA (SBN 259117)
LAW OFFICES OF JEREMY PASTERNAK
445 Bush Street, Sixth Floor
San Francisco, CA 94108
Telephone: (415) 693-0300
Facsimile: (415) 693-0393

Attorneys for Plaintiff
WILLIAM MCKINNEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MCKINNEY, <br><br> Plaintiff, <br><br> vs. <br><br> BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC.; and DOES 1-20, <br><br> Defendants. | Case No. CV 09 5561 CW <br><br> **STIPULATION AND ORDER RE-SETTING PERCIPIENT WITNESS DISCOVERY CUT-OFF AND LAST DAY FOR HEARING ON DISPOSITIVE MOTIONS [Civ. L. Rule 6-2]** |

The parties, plaintiff William McKinney and defendants Bayer HealthCare LLC and Bayer HealthCare Pharmaceuticals Inc., through their respective counsel, hereby stipulate, pursuant to Civil Local Rule 6-2, as follows:

1. This Court originally issued a Case Management Order setting on (1) a percipient discovery cut-off date of November 12, 2010, (2) a date of December 16, 2010 by which to hear

- 1 -

**STIPULATION AND [PROPOSED] ORDER RE-SETTING PERCIPIENT WITNESS DISCOVERY CUT-OFF AND LAST DAY FOR HEARING ON DISPOSITIVE MOTIONS (Case No. CV 09 5561 CW )**

1  dispositive motions, and (3) a trial date of May 16, 2011 (Docket # 13).

2      2.    The parties have been engaging in cooperative efforts to timely complete discovery but, on account of the schedules of witnesses and counsel, are unable to complete the deposition discovery on a timely basis. Currently, there are (5) depositions noticed by the plaintiff as follows: (1) Martin Grubbs (the former manager in the area worked in by plaintiff), (2) Mary Foxall (an occupational health nurse who had involvement with plaintiff's leave of absence), (3) Robert McCollough (another former manager in the area worked in by plaintiff), (4) Brian Sullivan (a former Bayer employee that plaintiff claims replaced him in his position), and (5) Donald R. Ochse (another former Bayer employee that plaintiff claims has knowledge concerning plaintiff's job duties and other matters associated with plaintiff's Bayer employment). Defendants have noticed the depositions of: (1) Kathryn Econome, MD (a physician who treated plaintiff for his claimed disabling condition); (2) Robert Christianson, MD (another physician who treated plaintiff for his claimed disabling condition), and (3) Ronald Santwier (a former Bayer employee, from whom plaintiff has proffered an Affidavit in regards to certain factual matters having to do with plaintiff's purported job duties).

    3.    Though the parties have been working diligently and cooperatively, they have not been able to schedule these depositions in a manner to be completed by November 12, 2010. In addition, the parties believe it is in the best interest of all to defer dispositive motion briefing until percipient discovery is complete.

    4.    Accordingly, the parties have met and conferred and jointly propose (1) continuing the percipient discovery cut-off date to December 23, 2010, and (2) continuing the last day to hear dispositive motions to January 27, 2011. The balance of the case management dates would remain the same.

    5.    There has been one previous request by the parties to continue a case management date; the last day to complete the ENE process which was granted by this Court. (Docket # 16.)

//

//

//

**STIPULATION AND [PROPOSED] ORDER RE-SETTING PERCIPIENT WITNESS DISCOVERY CUT-OFF AND LAST DAY FOR HEARING ON DISPOSITIVE MOTIONS (Case No. CV 09 5561 CW )**

LAW OFFICE OF JEROME SCHREIBSTEIN
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 875-3355

IT IS SO STIPULATED

Dated: November 3, 2010

                                LAW OFFICE OF JEROME SCHREIBSTEIN

                                By  /s/
                                Jerome Schreibstein
                                Attorneys for Defendant s BAYER HEALTHCARE LLC and BAYER HEALTHCARE PHARMACEUTICALS INC.

Dated: November 3, 2010

                                LAW OFFICES OF JEREMY PASTERNAK

                                By  /s/
                                Jeremy Pasternak
                                Anthony Oceguera
                                Attorneys for Plaintiff
                                WILLIAM MCKINNEY

## ORDER

**PURSUANT TO STIPULATION AND GOOD CAUSE OTHERWISE APPEARING, THE COURT ORDERS THAT** (1) the percipient discovery cut-off date is hereby moved to December 23, 2010, and (2) the last day to hear dispositive motions is hereby moved to January 27, 2011, along with the Further Case Management Conference which will be held even if no motions are filed.

**IT IS SO ORDERED**

Dated: **11/10/2010**

                                HON. CLAUDIA WILKEN
                                UNITED STATES DISTRICT JUDGE

LAW OFFICE OF JEROME SCHREIBSTEIN
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 875-3355