1  JEREMY PASTERNAK (SBN: 181618)
   ANTHONY OCEGUERA (SBN: 259117)
2  LAW OFFICES OF JEREMY PASTERNAK
3  445 Bush Street, 6th Floor
   San Francisco, CA 94108
4  Telephone: (415) 693-0300
   Facsimile:  (415) 693-0393
5
   Attorneys for Plaintiff
6  WILLIAM MCKINNEY

7  JEROME SCHREIBSTEIN (SBN: 154051)
   LAW OFFICE OF JEROME SCHREIBSTEIN
8  Embarcadero Center West
   275 Battery Street, Eighteenth Floor
9  San Francisco, CA 94111
   Telephone: (415) 875-3355
10 Facsimile: (415) 358-9885

11 Attorneys for Defendant
   BAYER HEALTHCARE LLC
12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MCKINNEY, AN INDIVIDUAL, | Case No. 4:09-CV-005561-CW |
| PLAINTIFF, | **STIPULATION AND ORDER RE: DISMISSAL OF BAYER HEALTHCARE PHARMACEUTICALS, INC.** |
| V. | |
| BAYER HEALTHCARE LLC, A LIMITED LIABILITY COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., A CORPORATION, AND DOES 1 THROUGH 20, INCLUSIVE | |
| Defendants. | |

The parties, Plaintiff WILLIAM MCKINNEY and Defendant BAYER HEALTHCARE LLC, through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff has brought this action relating to his former employment against corporate entities BAYER HEALTHCARE LLC; and BAYER HEALTHCARE PHARMACEUTICALS, INC.; and,

1  WHEREAS, BAYER HEATLHCARE LLC and BAYER HEALTHCARE
2  PHARMACEUTICALS, INC. were each named as Defendants in this action based on
3  documents allegedly received by Plaintiff from his employer during his employment making
4  reference to said entities; and

5  WHEREAS, Defendant BAYER HEALTHCARE LLC has stipulated that BAYER
6  HEALTHCARE LLC is the sole true and correct identity of the former employer of Plaintiff
7  WILLIAM MCKINNEY with regards to Plaintiff's claims in this matter; and

8  WHEREAS, the parties agree that BAYER HEALTHCARE PHARMACEUTICALS,
9  INC. should be dismissed in order to simplify the pleadings and serve the interests of judicial
10 economy; and,

11 THEREFORE, the parties hereby request that Defendant BAYER HEALTHCARE
12 PHARMACEUTICALS, INC. be dismissed from this action.

DATED: January 4, 2011                 LAW OFFICE OF JEROME SCHREIBSTEIN


                                       By  /s/ Jerome Schreibstein
                                           JEROME SCHREIBSTEIN
                                           Attorneys for Defendant
                                           BAYER HEALTHCARE LLC


DATED: January 4, 2011                 LAW OFFICES OF JEREMY PASTERNAK


                                       By  /s/ Anthony Oceguera
                                           JEREMY PASTERNAK
                                           ANTHONY OCEGUERA
                                           Attorneys For Plaintiff
                                           WILLIAM MCKINNEY


PURSUANT TO STIPULATION, IT IS ORDERED THAT BAYER HEALTHCARE
PHARMACEUTICALS, INC. IS HEREBY DISMISSED FROM THIS ACTION .

Dated:  1/6/2011                       _____
                                       Claudia Wilken
                                       United States District Judge

-2-

Stipulation and Request for Dismissal of Bayer Healthcare Pharmaceuticals, Inc          Case No. C 10-01942 RS